**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | RESILIENT EAGLE LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 88-3033535 |

| | |
|---|---|
| **4.** | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1330 South Mayo Trail<br>Nova Complex - Box 12<br>Pikeville, KY 41501 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Pike | **Location of principal assets, if different from principal place of business** |
| County | West Virginia |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | RESILIENT EAGLE LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
2121

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor        RESILIENT EAGLE LLC                                    Case number (*if known*) _____
            Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    RESILIENT EAGLE LLC _____    Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 20, 2025
               MM / DD / YYYY

**X** /s/ Barry W. Tackett _____         Barry W. Tackett _____
Signature of authorized representative of debtor              Printed name

Title    Chief Restructuring Officer _____

**18. Signature of attorney**

**X** /s/ J. Zachary Balasko _____    Date    August 20, 2025
Signature of attorney for debtor                                    MM / DD / YYYY

J. Zachary Balasko _____
Printed name

Steptoe and Johnson PLLC _____
Firm name

400 White Oaks Blvd
Bridgeport, WV 26330 _____
Number, Street, City, State & ZIP Code

Contact phone    (304) 262-3519 _____    Email address    zak.balasko@steptoe-johnson.com _____

12954 WV _____
Bar number and State

Debtor   RESILIENT EAGLE LLC
_____     Case number (if known) _____
         Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA
_____

Case number (if known) _____     Chapter ___11___

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Big Mule Air, L.L.C. | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Civil, LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Don Holdings, LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Falcon Reclamation Limited Liability Company | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Kratos Resources, LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | North Springs Holding LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Pocahontas Processing LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Resilient Mining, LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Smoky Quartz LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |
| Debtor | Yellow Garage, LLC | | Relationship to you | Affiliate |
| District | SDWV | When 8/20/25 | Case number, if known | |

**UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER OF:**

**CIVIL, LLC;**
**KRATOS RESOURCES LLC ;**
**RESILIENT MINING, LLC;**
**RESILIENT EAGLE LLC;**
**DON HOLDINGS LLC;**
**FALCON RECLAMATION LIMITED LIABILITY COMPANY;**
**NORTH SPRINGS HOLDINGS, LLC;**
**SMOKY QUARTZ LLC;**
**BIG MULE AIR L.L.C.;**
**POCAHONTAS PROCESSING LLC; and**
**YELLOW GARAGE, LLC**

**WHEREAS**, the undersigned is the Sole Member of Civil, LLC, Kratos Resources LLC, Resilient Mining, LLC, Resilient Eagle LLC, Don Holdings LLC, Falcon Reclamation Limited Liability Company, North Springs Holding LLC, Smoky Quartz LLC, Big Mule Air L.L.C., Pocahontas Processing LLC, and Yellow Garage, LLC (the "Companies"), and has determined that it is desirable and in the best interest of the Companies, their creditors, stockholders, and/or members and other interested parties, that the Companies file voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by the Companies of voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of West Virginia, or such other appropriate venue (the "Bankruptcy Court"), be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that Barry W. Tackett of Total Control Consulting, LLC (the "CRO") be, and hereby is, appointed as Chief Restructuring Officer of the Companies, and is authorized and empowered, in the name of the Companies, to execute and verify petitions for relief under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as the CRO shall determine; and it is further

**RESOLVED**, that the CRO, and such other Agent(s) as the CRO and/or the Sole Member of the Companies shall from time to time designate (each a "Representative"), be, and each of them hereby is, authorized to execute and file on behalf of the Companies all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that they may deem necessary or proper in connection with the bankruptcy cases of the Companies; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized and directed to retain the law firm Steptoe & Johnson PLLC to render legal services to and to represent the Companies in connection with such bankruptcy cases and other related matters in connection therewith, upon such terms and conditions as such Representative shall approve; and it is further

1

**RESOLVED**, that each Representative be, and each of them hereby is, authorized to retain such other professionals as they deem necessary and appropriate to represent, assist, or consult with the Companies during the bankruptcy case; and it is further

**RESOLVED**, that each Representative be, and each of them hereby is, authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where required), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any and each Representative, which are necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

This 18th day of August, 2025, the Sole Member of the Companies has set his hand adopting the foregoing unanimous written consent.

*[Signature Pages Follow]*

2

**CIVIL, LLC**

By:    John Quintrell
Title:   Sole Member

3

**KRATOS RESOURCES LLC**

By:    John Quintrell
Title:  Sole Member

26818161.1

**RESILIENT MINING LLC**

By: John Quintrell
Title: Sole Member

RESILIENT EAGLE LLC

By: John Quintrell
Title: Sole Member

26818161.1

**DON HOLDINGS  LLC**

By: John Quintrell
Title: Sole Member

26818161.1

**FALCON RECLAMATION LIMITED
LIABILITY COMPANY**

By: John Quintrell
Title: Sole Member

26818161.1

**NORTH SPRINGS HOLDING   LLC**

By: John Quintrell
Title: Sole Member

**SMOKY QUARTZ LLC**

By:    John Quintrell
Title:   Sole Member

26818161.1

BIG MULE AIR L.L.C.

By:    John Quintrell

Title:   Sole Member

**POCAHONTAS PROCESSING LLC**

By:    John Quintrell
Title:   Sole Member

26818161.1

**YELLOW GARAGE, LLC**

By:      John Quintrell
Title:   Sole Member

26818161.1

# United States Bankruptcy Court
## Southern District of West Virginia

In re   RESILIENT EAGLE LLC _____   Case No. _____
                                            Debtor(s)      Chapter   11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John Quintrell 799 Hwy 3459 Harlan, KY 40831 | 100 | | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   August 20, 2025 _____          Signature  /s/  Barry W. Tackett _____
                                                                    Barry W. Tackett

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of West Virginia

In re   RESILIENT EAGLE LLC               Case No.         

                       Debtor(s)           Chapter    11        

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   RESILIENT EAGLE LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

_August 20, 2025_                  /s/ J. Zachary Balasko

Date                                 J. Zachary Balasko

                                   Signature of Attorney or Litigant

                                   Counsel for    RESILIENT EAGLE LLC

                                   Steptoe and Johnson PLLC

                                   400 White Oaks Blvd

                                   Bridgeport, WV 26330

                                   (304) 262-3519  Fax:

                                   zak.balasko@steptoe-johnson.com

**Fill in this information to identify the case:**

Debtor name ___Civil, LLC_____

United States Bankruptcy Court for the: ___Southern___ District of ___West Virginia___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Centralized Insolvency Operation Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | Unpaid payroll taxes | | | | $22,146,390 |
| 2 | Pocahontas Holdings, LLC c/o Bowles Rice LLP Post Office Box 1386 Charleston, West Virginia 25325-1386 | | Lease Dispute, purported notes | Disputed | $35,000,000 | Unknown | Unknown |
| 3 | West Virginia State Tax Department P.O. Box 425 Charleston, WV 25322 | | Taxes | | | | $2,655,462 |
| 4 | Conserv Lending LLC and Conserv Equipment Leasing, LLC c/o Jackson Kelly PLLC Post Office Box 553 Charleston, West Virginia 25322 | | Equipment leases | Disputed | $1,950,000 | Unknown | Unknown |
| 5 | Anthem Blue Cross & Blue Shield P O Box 4445 Atlanta, GA 30302 | | | | | | $1,821,856 |
| 6 | First Surety Corporation 179 Summers St. Suite 307 Charleston, WV 25301 | | | | | | $900,000 |
| 7 | Kentucky River Properties, LLC 300 Black Gold Blvd Hazard, KY 41701 | | | | | | $843,154 |
| 8 | Doss Fuelco, Inc. 50 Ross Dr. Baxter, KY 40806 | | | | | | $686,898 |

Debtor ___Civil, LLC_____    Case number (*if known*)_____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Western Pocahontas Properties LP 175 Irwin Rd. Huntington, WV 25705 | | | | | | $684,234 |
| 10 Corky Wells Electric/CW Services P.O. Box 203 Rush, KY 41168 | | | | | | $556,975 |
| 11 Energy Insurance Agency 3008 Atkinson Ave. #3 Lexington, KY 40509 | | | | | | $500,000 |
| 12 Kentucky Department of Revenue Division of Minerals Taxation and GIS Services 501 High St., Station 33 Frankfort, KY 40601 | | | | | | $446,274 |
| 13 Leslie Equipment Co. 135 Cliftop Dr. Beaver, WV 25813 | | | | | | $425,607 |
| 14 Virginia Drilling Company, LLC P.O. Box 1198 Vansant, VA 24656 | | | | | | $420,388 |
| 15 Ridgeline Industries P.O. Box 411 Terra Alta, WV 2676 | | | | | | $328,827 |
| 16 Mountaineer Investigation & Security P.O. Box 891 Athens, WV 24712 | | | | | | $291,612 |
| 17 RT Rogers Oil Co., Inc. P.O. Box 160 Hinton, WV 25951 | | | | | | $207,832 |
| 18 Target Drilling 1112 Glacier Dr. Smithton, PA 15479 | | | | | | $145,846 |
| 19 Kentucky Reclamation Guaranty Fund 300 Sower Blvd. Frankfort, KY 4060 | | | | | | $145,045 |
| 20 Baird & Baird, PSC1 62 2nd St. Pikeville, KY 41501 | | | | | | $120,000 |

Debtor  <u>Civil, LLC</u>
      Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Marmic Fire & Safety<br>P.O. Box 1086<br>Joplin, MO 64802 | | | | | | $97,658 |
| 22 | Appalachian Laboratories, Inc.<br>P.O. Box 392<br>Beckley, WV 25802 | | | | | | $91,089 |
| 23 | Jennmar<br>559 Wardell Industrial Park Rd.<br>Cedar Bluff, VA 24637 | | | | | | $87,000 |
| 24 | Mallard Environmental Services, Inc.<br>d/b/a Ammonia<br>2654 Ritter Dr.<br>P.O. Box 1298<br>Shady Spring, WV 25918 | | | | | | $84,518 |
| 25 | West Virginia Department of Environmental Protection<br>601 57th St. SE<br>Charleston, WV 25304 | | | | | | $77,260 |
| 26 | Smith Adjusting<br>2931 Hultz Road<br>Cattlesburg, KY 41129 | | | | | | $69,444 |
| 27 | West Virginia State Tax Department<br>Tax Account Administration Div.<br>P.O. Box 425<br>Charleston, WV 25322-0425 | | | | | | $58,835 |
| 28 | Mine Safety and Health Administration<br>201 12th St. S.<br>Arlington, VA 22202-5452 | | | | | | $49,980 |
| 29 | Modern Construction, Inc.<br>P.O. Box 187<br>Stanville, KY 41501 | | | | | | $115,336 |
| 30 | Environmental Design Consultants, Inc.<br>43 Village Street<br>Pikeville, KY 41501 | | | | | | $25,626 |

**Fill in this information to identify the case:**

Debtor name    RESILIENT EAGLE LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 20, 2025          **X** /s/   Barry W. Tackett
                                        Signature of individual signing on behalf of debtor

                                        Barry W. Tackett
                                        Printed name

                                        Chief Restructuring Officer
                                        Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy